# Abdul Hassan Law Group, PLLC
## 215-28 Hillside Avenue
## Queens Village, New York, 11427

**Abdul K. Hassan, Esq.**
Email: abdul@abdulhassan.com
*Employment and Labor Lawyer*

Tel: 718-740-1000
Fax: 718-740-2000
Web: www.abdulhassan.com

February 2, 2024

**Via ECF**

Hon. Kenneth M. Karas, USDJ
United States District Court, SDNY
300 Quarropas St.
White Plains, NY 10601-4150

### Re: Davis v. Armonk Senior Care LLC
### Case No. 23-CV-09495 (KMK)(AEK)
### Request for Referral to Mediation

Dear Judge Karas:

My firm represents Plaintiff in the above-referenced action, and I respectfully write, subject to the Court's approval, to request that the Court cancel the February 5, 2024, initial conference and refer this matter to the Court's mediation program since all parties are in favor of mediation. If the case is settled, we will notify the Court promptly.

We thank the Court in advance for its time and consideration.

Respectfully submitted,

Abdul Hassan Law Group, PLLC

/s/ Abdul Hassan
By: Abdul K. Hassan, Esq. (AH6510)
*Counsel for Plaintiff*

Both requests are granted. The Parties are to provide a status report by 3/31/24.

So Ordered
2/2/24

**cc:**   **Defense Counsel via ECF**

1